**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

S.I.J, A MINOR, BY AND THROUGH HER PARENT AND NEXT BEST FRIEND, TALIA BRIANNA MONIQUE JONES,

Plaintiff,

v.

BULLOCH COUNTY BOARD OF EDUCATION, JOHN DOES 1-2, AND ABC CORPORATIONS 1-2

Defendants.

CIVIL ACTION NO. 4:26-cv-00190-RSB-CLR

**ORDER OF ADMISSION**

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied by Petitioner Gareth S. Purnell, the request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

**SO ORDERED** this 14th of August, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA