**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

S.I.J, A MINOR, BY AND THROUGH HER PARENT AND NEXT BEST FRIEND, TALIA BRIANNA MONIQUE JONES,

Plaintiff,

v.

BULLOCH COUNTY BOARD OF EDUCATION, JOHN DOES 1-2, AND ABC CORPORATIONS 1-2

Defendants.

CIVIL ACTION NO. 4:26-cv-00190-RSB-CLR

**ORDER OF ADMISSION**

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied by Petitioner Simon B. Purnell, the request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

**SO ORDERED** this 20th day of August, 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| S.I.J, A MINOR, BY AND THROUGH HER PARENT AND NEXT BEST FRIEND, TALIA BRIANNA MONIQUE JONES,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCH COUNTY BOARD OF EDUCATION, JOHN DOES 1-2, AND ABC CORPORATIONS 1-2<br><br>Defendants. | CIVIL ACTION NO. 4:26-cv-00190-RSB-CLR |

**PETITION FOR ADMISSION *PRO HAC VICE***

Petitioner Simon B. Purnell hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Southern District of Georgia.

Petitioner certifies the following:

1. The Petitioner is a member in good standing of the Bar of the United States District Court for the SD of TX, ND of TX, WD of TX, NF of IL, WD of MO, ED of WI, District of CO, and WD of MI. Please see the attached Certificate of Good Standing from the Southern District of Texas.
2. This is the Petitioner's first time appearing before this Court.
3. The Petitioner is eligible for admission under Local Rule 83.4 and does not reside or maintain an office for the practice of law in the Southern District of Georgia.
4. The Petitioner designates local counsel in this case as: Mitchell McGough.
5. The Petitioner further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia

This 13th day of August, 2026.

SIGNATURE OF PETITIONER

simon@griffinpurnell.com
PETITIONER'S EMAIL ADDRESS

S.I.J., a Minor by and through her parent and Next Best Friend, Talia Brianna Monique Jones
PETITIONER APPEARING FOR PLAINTIFF

**GRIFFIN PURNELL LLC**
2037 Airline Road, Suite 200
Corpus Christi, Texas 78412
(361) 262-1776 Telephone
(361) 356-4348 Fax

*CONSENT OF DESIGNATED LOCAL COUNSEL*

I, Mitchell McGough, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 13th day of August, 2026.

SIGNATURE OF LOCAL COUNSEL

460942

GEORGIA BAR NUMBER

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Simon Brian Purnell, Federal ID No 23509

Admission date: May, 19, 1999

Dated August 13, 2026, at Houston, Texas.




Nathan Ochsner, Clerk of Court

By: V. Rios, Deputy Clerk